IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ISHMAEL RAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 322-011 |
| ) | |
| JACOB BEASLEY, Deputy Warden of ) | |
| Security; JERMAINE WHITE, Warden; ) | |
| KAREN THOMAS, Unit Manager; and ) | |
| MS. JOHNSON, Correctional Officer II, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Beasley, White, and Thomas, as well as all claims related to failing to protect Plaintiff from other inmates, investigating Plaintiff's grievance, alleged violations of prison regulations, and all official capacity claims for money damages. The case shall proceed in accordance with the Magistrate Judge's June 6, 2022 Order. (See doc. no. 14.)

SO ORDERED this 6th day of July, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE