IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ISHMAEL RAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-011 |
| | ) | |
| TAKERRA JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 25), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 30th day of May, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE