AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ISHMAEL RAMSON,

Plaintiff,

v.

JACOB BEASLEY; JERMAINE WHITE ; KAREN THOMAS; TEKERRA JOHNSON,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-11

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant with the Order of this Court entered on May 30, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, Defendant's Motion for Summary Judgment is granted and this civil action stands closed.



May 30, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020